JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ENRIQUE AMEZCUA, | Case No.: CV 17-05058-AB (RAOx) |
| Plaintiff, | **The Honorable André Birotte Jr.** |
| vs. | **[PROPOSED] ORDER** |
| WASTE MANAGEMENT, INC., a corporation, USA WASTE OF CALIFORNIA, INC., a corporation, WM GI INDUSTRIES, an entity, JOSE ESTRELLA, an individual, STEVE LEE, an individual, and DOES 1 to 100, inclusive, | Trial Date: None Set<br>Action Filed: May 30, 2017 |
| Defendants. | |

## **ORDER**

Pursuant to the stipulation of the parties, the above captioned matter is HEREBY REMANDED. The clerk of the court shall send a certified copy of the order to the clerk of the state court in which the action was originally filed.

Each party will bear his/its own attorneys' fees and costs in connection with the removal and remand of this action through this Stipulation.

IT IS SO ORDERED.

Dated: August 11, 2017

_____
The Honorable André Birotte Jr.
United States District Court Judge